JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RC JRV TRUST CO, LLC, solely in its capacity as Liquidation Trustee of the JRV GROUP USA LIQUIDATION TRUST, KEN MITCHELL, ANTHONY QUEZADA, HOWARD STRATTON, MARK WEIGEL, JIM HAMMILL AND PETER PERLEY,<br><br>　　　　Defendants. | Case No.:  ED CV 22-486-DMG (ASx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [43]** |

After consideration of the Joint Stipulation of Plaintiff Atlantic Specialty Insurance Company and Defendants JRV Trust, Ken Mitchell, and Anthony Quezada, the above-captioned action is dismissed with prejudice as to Defendants JRV Trust, Ken Mitchell, and Anthony Quezada, and the action is dismissed without prejudice as to Defendants Mark Weigel and Peter Perley. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: November 21, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRIC JUDGE